**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**BRIAN HAYNES**                                    **CASE NO.  5:26-CV-00153**

**VERSUS**                                          **JUDGE TERRY A. DOUGHTY**

**CITY OF SHREVEPORT POLICE DEPT   MAGISTRATE JUDGE HORNSBY**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 4], after an independent review of the record, including written objections filed by Petitioner, Brian Haynes [Doc. No. 5], and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that this civil action is **REMANDED** to the First Judicial District Court, Caddo Parish, Louisiana, for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 3rd day of March 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE